# EXHIBIT A



01/25/2016

Re: Roberta Wilson

Dear Roberta Wilson,

This letter is to inform you that Roberta Wilson is an Employee for Right At Home. She is working 60 hours a week. She makes $10.00 per hour. If you should need any further information, Please give the office a call.

Respectfully,

*Misty Blackburn*

Office Manager
Right At Home
misty@rahmiddletn.com

