# EXHIBIT C

| CO. | FILE | DEPT. | CLOCK NUMBER | 069 |
|---|---|---|---|---|
| 9VA | 003818 | 200000 | 0055017055 | 1 |

## Earnings Statement

**ADP**

*MMR SENIOR ALLIANCE CORP*
*DBA RIGHT AT HOME OF MIDDLE TN*
*519 UPTOWN SQUARE*
*MURFREESBORO, TN 37129*

Period Beginning: 05/21/2017
Period Ending: 06/03/2017
Pay Date: 06/09/2017

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 TN: No State Income Tax

LISA MARIE THORNTON
792 YOUNG RD
MORRISON TN 37357

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 2,075.00 |
| Overtime | 15.0000 | 7.25 | 108.75 | 663.75 |
| **Gross Pay** | | | **$908.75** | 2,738.75 |

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.61 | 169.33 |
| | Social Security Tax | -56.34 | 169.80 |
| | Medicare Tax | -13.17 | 39.71 |

**Net Pay** $781.63

**Net Check** $781.63

Your federal taxable wages this period are $908.75

*[handwritten: ADP 1877-423-7243]*
*[handwritten: 11/25/17 6 of 7 P.15]*

## Weekly Time Card — 5/21 – 6/3

**Right at Home** — In Home Care & Assistance

Week Ending Date, Saturday: _____  Client Name: _____
Caregiver's Name: **Brenna Taylor**

Write AM or PM after time. Time Card due by 12 noon Monday.

| Day | Date | Time In | Time Out | Total Hrs | Miles | Client Signature* |
|---|---|---|---|---|---|---|
| Sun | | | | | | |
| Mon | 5/22 | 7 | 4 | 9 ✓ | ✓ | |
| Tue | 5/23 | 7 | 2 | 7 | ✓✓ | |
| Wed | 5/24 | 7 | 4 | 9 | ✓✓ | |
| Thur | 5/25 | 7 | 4 | 9 ✓ | ✓ | |
| Fri | 5/26 | 7 | 4 | 9 ✓ | ✓ | |
| Sat | | | | | | |
| | | | | Total for Client | | |

**For Office Use Only**

| Regular Hrs | OT/Holiday | Overnights | Miles | Expenses |
|---|---|---|---|---|
| 40 | 3 | | | |

wk 1 – wk 2

*Client Statement: I agree by my signature that the hours I have indicated above are accurate. I further agree that these services were performed in accordance with the Terms and Conditions on the reverse side of this time sheet.

Employee Signature: _____

*Employee Statement: I declare that I have sustained no injury on this assigned job. I attest that the days and hours indicated are correct. I understand that in order to be paid, this time card must be completed, verified, and signed by both me and the client. I understand that each Right at Home office is an individually owned and operated franchise apart from Right at Home, Inc. and that I am an employee of a local franchise and not Right at Home, Inc.

Use ballpoint pen – Press firmly
Pink Copy-Employee   Yellow Copy-Billing   White Copy-Payroll    10/28/2014

---

## Weekly Time Card — 5/21 – 6/3

**Right at Home** — In Home Care & Assistance

Week Ending Date, Saturday: _____  Client Name: _____
Caregiver's Name: **Paula Witty**

Write AM or PM after time. Time Card due by 12 noon Monday.

| Day | Date | Time In | Time Out | Total Hrs | Miles | Client Signature* |
|---|---|---|---|---|---|---|
| Sun | 5/21 | 12 | 7 | 7 ✓ | 5/28 12-9 | ✓ 9 8 ✓ |
| Mon | | | | | 5/29 ? 5-10 | |
| Tue | 5/23 | 5 | 10 | 5 ✓ | 5/30 5-10 | |
| Wed | | | | | | |
| Thur | 5/23 | 5 | 10 | X | 6/1 3-10 | ✓ 7 ✓ |
| Fri | | | | | | |
| Sat | 5/27 | 10 | 7 | 9 ✓ | 6/3 12-7 | ✓ 7 ✓ |
| | | | | Total for Client | | |

**For Office Use Only**

| Regular Hrs | OT/Holiday | Overnights | Miles | Expenses |
|---|---|---|---|---|
| 21 | 28 | | | |

wk 1 – wk 2

*Client Statement: I agree by my signature that the hours I have indicated above are accurate. I further agree that these services were performed in accordance with the Terms and Conditions on the reverse side of this time sheet.

Employee Signature: _____