# EXHIBIT D

# EXHIBIT D

## ANGELA WILSON SCHEDULE OF TOTAL ASSIGNED HOURS
## AS OF OCTOBER 27, 2017

Monday: 7am to 9am (one client); 9am to 12 pm (another client); 430pm to 630pm.

Tuesday: 7am to 9am (one client); 9am to 12pm (another client); 1230-230; 430pm to 630pm; 10pm to 5am (overnight shift).

Wednesday: 7am to 9am (one client); 9am to 12pm (another client); 430pm to 630pm

Thursday: 7am to 9am (one client); 9am to 12pm (another client); 1230pm-330pm; 430pm to 630pm; 10pm to 5am (overnight shift).

Friday: 7am to 8am; 9am to 12pm (another client); 4:30pm to 6:30pm.

Saturday: 9am to 12pm; 4:30pm to 6:30pm; 7pm [Saturday] to 5am [Sunday] (overnight shift).

Sunday: 9am to 12pm; 4:30pm to 6:30pm; 7pm [Sunday] to 5am [Monday] (overnight shift).