UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERTA WILSON, ANGELA WILSON, and LISA THORNTON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) NO. 3:17-cv-1412 ) CHIEF JUDGE CRENSHAW |
| v. | ) ) ) |
| MMR SENIOR ALLIANCE CORP d/b/a RIGHT AT HOME OF MIDDLE TENNESSEE and BHAVANI MUVVULA, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 60). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE